UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELY EDDI,<br><br>                              Plaintiff,<br><br>            -against-<br><br>ELLIOT ANTEBI, et al.,<br><br>                              Defendants. | 24-CV-0520 (JPC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on March 27, 2026:

1.      The deadline for completing fact discovery is extended until nine weeks after a ruling on the pending motion to dismiss.

2.      In the event that the pending motion to dismiss is denied in any part, if Defendants' answer to the operative complaint includes any counterclaims, any motion to dismiss such counterclaims shall be due three weeks after the filing of the answer with counterclaims, with the opposition, if any, due three weeks thereafter, and the reply in further support due three weeks after the opposition is filed.

3.      Discovery shall proceed during the pendency of any motion by Plaintiff to dismiss any counterclaims by Defendants.

4.      Initial expert reports shall be exchanged four weeks after the completion of fact discovery, with rebuttal reports to be exchanged four weeks after the exchange of initial expert reports, and expert depositions to be completed four weeks thereafter.

5.      I do not anticipate extensions of these deadlines absent compelling reasons.

Dated:  March 27, 2026
        New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE