UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELY EDDI,<br><br>                    Plaintiff,<br><br>        -against-<br><br>ELLIOT ANTEBI, et al.,<br><br>                    Defendants. | |

24-CV-0520 (JPC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Having been informed by Plaintiff that he consents to transfer of this matter to the United States District Court for the Eastern District of New York (ECF 181), and having been informed by Defendant that they withdraw their motion to dismiss for improper venue (ECF 182), I am ordering that this case be transferred to the United States District Court for the Eastern District of New York. The Clerk of Court is respectfully requested to transfer this matter to the Eastern District of New York and to close this matter in the United Stated District Court for the Southern District of New York.

Dated: April 24, 2026              SO ORDERED.
        New York, NY

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**