**From:** Ely Eddi <ely@digi-data.net>
**Date:** September 17, 2024 at 11:02:21 AM EDT
**To:** Ely Eddi <ely@digi-data.net>
**Cc:** Sol Mizrachi Bytech <solimiz@bytechintl.com>, Steve goldman <stevejgoldman@yahoo.com>, Steven Ashear <Steven.Ashear@franco-mfg.com>, EDDIE CHEHEBAR <eddie@skiva.com>, Albert barnathan yalkut yosef <abe@louiseparis.com>, Joey Mizrahi <joem@handcraftmfg.com>, Marshall Mizrachi <marshallm@handcraftmfg.com>, Sammy zagha <sam.zagha@med-pat.com>, Michael Missry <Mikemisco1@aol.com>, Morris Sasson <morris@americanlinens.com>, Adam Azrak yalkut yosef <Adam@goldcrestfunding.com>, "Isaac hillel D. Massry" <isaac@whartonrealtygroup.com>, "Mark d. massry" <mark@whartonrealtygroup.com>, Sammy Saka <SSaka@sakar.com>, Stefan Betesh <sbetesh@sakar.com>, Jeffrey Ashear <jeffrey.ashear@gmail.com>, Solly Assa <Solly.Assa@assaproperties.com>, Danny Mizrahi <danny@bytechintl.com>, Izzy Steinberg <izzy@csnrealty.net>, Isaac Saka <isaac@sakar.com>, "Eva opt on line Wasser (E-mail" <embwasser@verizon.net>, David Tawil <Dtawil@sakar.com>, Joey Hadef samsonic <joe@samsonicusa.com>, Joey Habert <jhabert@moret.com>, Joey Sitt <jjsitt@thorequities.com>, Joey sutton west deal <Joecoo18@aol.com>, Joey Mizrachi Rabbi <mizrahij@yahoo.com>, Joey Bailey <jbailey@pricelessresource.com>, Rabbi Joey Haber <Jhaber@mdyhs.net>, Rabbi Mansour Rico <ricotuson@gmail.com>, Thunderball joey levy <joe@tball.com>, Sammy Sutton Imagin <sams@smcny.com>, Sammy Sutton bag bazaar <sam.sutton@aeny.com>, Sammy J Sutton <sammyj@nj.essutton.com>, Sammy Sutton <srs17@aol.com>, Aaron serouya yalkut yosef <seruyaaaron@yahoo.com>, Elie oelbaum yalkut yodef tax non profit <Elioelbaumcpa@gmail.com>, Mark dayan yalkut yosef <Mark@empirehomesales.com>, Sammy Sasson Yalkut Yosef <sasson@essutton.com>, "Mair panama (mays chrem) yalkut yosef Sitton" <MSitton@mayszl.com>, Steven Sorscher advertising yalkut yosef <1stopmarketinggroup@gmail.com>, Joey Sasson <insurance@joeysasson.com>, International Intimates Renee Roffee joe betesh <rener@renerofe.com>, Jack d franco hillel <Jack.D.Franco@franco-mfg.com>, Ricky Sutton Lollytogs <Richard.Sutton@ltapparel.com>, Rabbi Mansour <Rabbiejm@gmail.com>, Daily Halacha Morris Dweck <md@deeii.com>, "Jake Kassin (sauly" <jacobskassin@hotmail.com>, Jack Avital <Jackieavital1@aol.com>, "Abe Chehebar (E-mail" <Achehebar@xsre.com>", Alan

Abes Camera <allen@abesofmaine.com>, Focus Camera Abe <ab@focuscamera.com>, Lou Lou Sakkal <eli@butterflyphoto.com>, Broadway photo avi <ah3979@aol.com>, Avi Sakkal <Avi@outlookaq.com>, "joeysakkal@gmail.com" <joeysakkal@gmail.com>, Rabbi Sauly Kassin <sjkassin@gmail.com>, David salama <djs278@gmail.com>, Joseph Salama <jmsalama@gmail.com>, Maurice salama <mjsalama45@gmail.com>, Barbara Salama 011 972 57 8067380 <bdsalama@gmail.com>, Charlie Tebele <charlie@freezecmi.com>, Rabbi Richard Tobias <rt219@yahoo.com>, Rabbi joey dweck <joedweck@mac.com>, Rabbi Moshe Douek <mdouek@yeshivanet.com>, Rabbi Farhi <Isaacfarhi@gmail.com>, Rabbi Semah Reuven <rabbirsemah@gmail.com>, Rabbi Shwecky <rschoueka@ohelsimha.com>, Rabbi bitan israel <haketer@etrog.net.il>, Cheif Rabbi Amar Rachel <rachels@rabbinate.gov.il>, "Mark Antebi (markantebi18@gmail.com)" <markantebi18@gmail.com>, Michael Safdie <michaelsafdie@aol.com>, Daniel Bergman <Danielb1826@gmail.com>, Ikey Cohen <ikey@cwcdirect.com>, Ben CPA <ben@benepsteincpa.com>, Joey Bailey <jbailey@pricelessresource.com>, "js@jeffsutton.com" <js@jeffsutton.com>, Harry Adjmi <harry@onestepup.com>, Morris Bailey <mbailey@jembrealty.com>, David Assis <ted@monyonline.com>, David Sitt <david@wrgusa.com>, "Dr. Sitt" <david@drsitt.com>, Abe Hidary <ahidary@hidrock.com>, Jack Hidary <jhidary@hidrock.com>, Morris a hidary Vivian <Morris@mhidary.com>, Hayim Arking <rabbiarking@gmail.com>, "Ben Sion Kay (rabbi diamond" <bzkaye@gmail.com>, Rabbi Beyda <rabbi.beyda@gmail.com>, Raymond Beyda <raymond@raymondbeyda.com>, Ike tawil student rabbi mirsky <IkeyT6@aol.com>, Rabbi Isaac Argentina Sacca <rabsacca@continuidad.com.ar>, Haim rabbi Ovadia <hovadia@gmail.com>, Rabbi mordechai malka chief rabbi elad <rabi.m.malka@orhamelech.org>, Rabbi J ILan 732-663-1150 <campora403@aol.com>, Rabbi Diamond <Diamondhena@yahoo.com>, Rabbi Sammy Kassin <ssc-jlm@netvision.net.il>, Rabbi malka lawrence ave <maoryeshiva@gmail.com>, Rabbi Zadok israel <emanuelzadok@gmail.com>, Rabbi Leo Beyda <LBeyda@hillelyeshiva.org>, Rabbi Azencot <azancot@hotmail.com>, Rabbi Bald <hbald@hillelyeshiva.org>, Rabbi Max Sutton <aramsoba@aol.com>, Rabbi Jack Savdie <r.jacksavdie@gmail.com>, Rabbi Barry <rronbarry@juno.com>, Rabbi Barry rabbi shammah sephardic <mshamah@aol.com>, Rabbi Yitschak Fayazi <fayazi@yesodhatorah.org>, Rabbi Yosef Ben-harruch brenda teacher israel <yossi57@013net.net>, "Eli Kassin (rabbi brother" <elikassin@yahoo.com>, "David rabbi J. Alhadeff" <djalhadeff@yahoo.com>, Rabbi Bodlander <avbodlan@hillelyeshiva.org>, Rabbi David Naim <rdavidnahem@gmail.com>, Rabbi Goldberger <rabbig@sakar.com>, Rabbi Meoded <kzionhk@yahoo.com>, Accountant harry bram <HARRY@bramcpa.com>, Dave Balas <axiom33mm@gmail.com>, Morris Bouganim <mbouganim@sakar.com>, Norman Balassiano <normanb@angelofdebt.com>, Camille Saka <csaka@optonline.net>, Jeffrey Saka <JSaka@sakar.com>, Elliot Saka <Sakaelliot@yahoo.com>, Maurice Zekaria <mz@paramountrealty.com>, Lee Zekaria <lz@paramountrealty.com>, Abe Saka <heat597@aol.com>, Marvin Saka <marvsaka@aol.com>, Allen Saka <ASaka@sakar.com>, Ralph Sasson <rsasson@sakar.com>, David Chrem <dci613@aol.com>, Edward Cohen <ecohen@sakar.com>, Marc Dwek <marcdwek@gmail.com>, Elliot Braha <elbraha@gmail.com>, Abe Sutton <abes@smcny.com>, Richard Shwecky <richards@jasonmaxwell.com>, Paul Sutton <paul.sutton@cudlieny.com>, Ikey Louie Massry <ilmassry@gmail.com>, Morris suttom majesco <Msutton@msientertainment.com>, David Sutton <dmsutton@gmail.com>, Ronnie Shammah <ron@florencepaper.com>, Elliot laniado <elliot@windowtreatsinc.com>, Meyer laniado <meyerlaniado@gmail.com>, Ronnie Serouya <CarDoc480@aol.com>, Myron Rumeld <mrumeld@proskauer.com>, Dora west deal shul <dora@magendavid.net>, Nathan Dweck unity event <nmdweck@gmail.com>, Steve Zagha current <Steve@bagarts.com>, Steve Zakaria <szekaria@comcast.net>, Michael mishan west deal <Mmishaan@mishaanlaw.com>, Eli Benun <ebenun@bentex.com>, Donald Epstein <depstein@matrixcompanies.com>, David Assis <ted@monyonline.com>, David Sitt <david@wrgusa.com>, "Dr. Sitt" <david@drsitt.com>, Abe Hidary <ahidary@hidrock.com>, Jack Hidary <jhidary@hidrock.com>, Morris a hidary Vivian <Morris@mhidary.com>, "Elliot (sammy) Antebi" <elliot@orlyshoes.com>, Albert Anteby cindy <albert.antebi@mambro.com>, Albert and Shelly Anteby <shellyantebi@aol.com>, Chuck Saka <chuck@sakar.com>, Jeremy Sultan <jeremysultan@sakar.com>, Alberto sutton middlegate <Alberto@middlegatesecurities.com>, Joe Esses tebele sutton <Joey@xtreme-concept.com>, Jesse Sutton <Jesutton@majescoent.com>, Max sutton <sutton_max@yahoo.com>, Jeff Sutton <js@jeffsutton.com>, Harry Adjmi <harry@onestepup.com>, Morris Bailey <mbailey@jembrealty.com>, Joey Sutton lawyer <jsutton@ezrasutton.com>, Ezra Sutton <esutton@ezrasutton.com>, Victor Bibi <victor@artisticframe.com>, Victor Mizrachi

<victor@bytechintl.com>, Victor Cohen <vicharrvic@gmail.com>, Victor Didia <vdidia@weissandco.com>, Albert Bijou <abijou@qqrinc.com>, Jack Mosseri <jmosseri@jdmsorting.com>, Max harary <Mharary@countrysilk.com>, Eli Harari <eli.harari@americogroup.com>, Rabbi Raymond Harari <harari.r@gmail.com>))

**Subject: Elliot & Rachel (Sutton) Antebi**

**[External Email]CAUTION:This email originated from outside of Sakar International. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

I think it's important that I bring to the attention of this קהל הקדוש It is now four years ago that I helped my cousin Elliot and Rachel Antebi in securing loan that was fully collateralized by myself and only supposed to be for 90 days. We are now four years later. To date I have not yet received my full principal, and I had to make the interest payments to secure my collateral additionally, I have attached the federal court filings which details the fraud, conversion, and theft which has been perpetrated to the tune of roughly 2 million dollars. This includes how he unilaterally decided to borrow $260,000 without my permission where he sold the Property and kept my principle of 260k plus the profit due to me.  All because their parents refused to help them to buy their new multimillion-dollar home on E. 8th St.

These are children of Mark and Jacqueline Antebi and Steve and Sharon Sutton.

I'm sad to say that this is the הקרת הטוב that people give in return.

**2 attachments**



**image001.png**
527K

**SECOND AMENDED COMPLAINT wAFFIDAVIT [EXECUTED] 04-26-24.pdf**
2027K