**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ELY EDDI, <br><br> *Plaintiff*, <br><br> v. <br><br> ELLIOT ANTEBI, RACHEL ANTEBI F/K/A SUTTON, and ELLEMARK MANAGEMENT LLC, <br><br> *Defendants*. | Case No. 1:26-cv-02647-NRM-JRC <br><br> **NOTICE OF PLAINTIFF'S MOTION TO DISMISS THE ANTEBI DEFENDANTS' COUNTERCLAIM** <br><br> **ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law, dated June 22, 2026, the Declaration of Philippe Zimmerman, dated June 22, 2026, and the exhibits thereto, the Declaration of Ely Eddi, dated June 22, 2026, and the exhibit thereto, and all the pleadings and proceedings in this case to date, the undersigned, on behalf of Plaintiff Ely Eddi ("**Plaintiff**" or "**Eddi**"), will move this Court before the Honorable Nina R. Morrison, United States District Judge for the Eastern District of New York, at the Theodore Roosevelt U.S. Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201 on July 27, 2026, at 9:30 a.m., or as soon thereafter as counsel can be heard, for an Order, pursuant to Rule 12 of the Federal Rules of Civil Procedure, dismissing the Counterclaim for Defamation Per Se of Defendants Elliot Antebi ("**Elliot**") and Rachel Antebi f/k/a Sutton ("**Rachel**," and together the "**Antebi Defendants**"), and for such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to Local Civil Rules 6.1(b), Defendants shall file and serve their opposing papers, if any, on or before July 13, 2026, and Plaintiff shall file and serves its reply papers, if any, on or before July 20, 2026.

Dated: New York, New York
June 22, 2026 **GREENSPOON MARDER LLP**

By: _____
Philippe A. Zimmerman
Brian A. Bloom
Mel DeCandia
1345 Avenue of the Americas, Suite 2200
New York, NY 10105
Phone: (212) 524-5000
Email: philippe.zimmerman@gmlaw.com
brian.bloom@gmlaw.com
mel.decandia@gmlaw.com

*Attorneys for Plaintiff*

2