## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

ELY EDDI,

               *Plaintiff*,

v.

ELLIOT ANTEBI, RACHEL ANTEBI F/K/A
SUTTON, and ELLEMARK MANAGEMENT
LLC,

               *Defendants*.

Case No. 1:26-cv-02647-NRM-JRC

**DECLARATION OF
PHILIPPE ZIMMERMAN, ESQ.**

**PHILIPPE ZIMMERMAN,** declares the following under penalty of perjury:

1.      I am a partner of the law firm of Greenspoon Marder LLP, attorneys for Plaintiff Ely Eddi ("**Plaintiff**" or "**Eddi**") in the above-captioned matter. I am fully familiar with the facts and circumstances set forth herein.

2.      I submit this declaration in support of Plaintiff's motion to dismiss the counterclaim for defamation per se (the "**Counterclaim**") of Defendants Elliot Antebi ("**Elliot**") and Rachel Antebi f/k/a Sutton ("**Rachel**," and together the "**Antebi Defendants**") pursuant to Rule 12 of the Federal Rules of Civil Procedure.

3.      The Antebi Defendants first pleaded a defamation counterclaim against Plaintiff based on the same email in their Amended Answer with Counterclaim filed in the action styled *Ely Eddi v. Elliot Antebi*, Index No. 509647/2025, which is pending in New York Supreme Court, Kings County (the "**State Court Action**"). A true and correct copy of the Amended Answer with Counterclaim filed in the State Court Action is attached hereto as **Exhibit A**.

4.      Plaintiff filed a motion to dismiss the defamation counterclaim in the State Court Action.

5.      The parties stipulated to the Antebi Defendants' discontinuing the counterclaim and Plaintiff withdrawing the motion to dismiss, without prejudice, so that the Counterclaim and Eddi's then anticipated motion to dismiss the Counterclaim would be considered in this action. A true and correct copy of the So-Ordered Stipulation filed in the State Court Action is attached hereto as **Exhibit B**.

Dated: New York, New York
        June 22, 2026

_____
              Philippe Zimmerman