# EXHIBIT B

Case 1:26-cv-02647-NRM-JRC    Document 189-2    Filed 06/22/26    Page 2 of 2 PageID #: 86

At an I.A.S. Trial Term, Part COMM 2 of the Supreme Court of the State of New York, held in and for the County of Kings, at the Courthouse, located at Civic Center, Borough of Brooklyn, City and State of New York, on the 27th day of MAY 20 26

PRESENT:

Hon. CENCERIA P. EDWARDS
Justice

Ely Eddi

Plaintiff(s)

- against-

Elliot Antebi, et al

Defendant(s)

Cal. No. 9210

Index No. 509647/2025

STIPULATION

Motions 2 & 3

| The following papers numbered 1 to | read on this motion | Papers Numbered |
|---|---|---|
| Notice of Motion - Order to Show Cause and Affidavits (Affirmations) Annexed | | |
| Answering Affidavit (Affirmation) | | |
| Reply Affidavit (Affirmation) | | |
| Affidavit (Affirmation) | | |
| Pleadings- Exhibits | | |
| Stipulations - Minutes | | |
| Filed Papers | | |

The parties stipulate that the motion to dismiss and cross-motion are withdrawn without prejudice;

* A PRELIMINARY CONFERENCE IS SCHEDULED FOR 9/15/26 11 A.M.

Defendants discontinue their counterclaim without prejudice so that the counterclaim may be pursued in the Eastern District of New York action involving some of the same parties;

The parties stipulate that the counterclaim as pleaded in the Eastern District will not be opposed on the grounds of statutes of limitations or pleading specificity; however, plaintiff reserves the right to challenge the counterclaim on the fair reporting privilege and/or factual grounds.

Phillippe Zimmerman
Mel DeCandia
Greenspoon Marderup
Attorneys for the Plaintiff

Dov medihets
Eut man wails
for Defendant

**For Clerks use only**

MG ___XWA___

MD _____

Motion Seq. #

2+3

ENTER

C Edwds
HON. CENCERIA P. EDWARDS, JSC

EJV-rev 1-23

1 of 1