**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ELY EDDI,<br><br>                    *Plaintiff*,<br><br>v.<br><br>ELLIOT ANTEBI, RACHEL ANTEBI F/K/A SUTTON, and ELLEMARK MANAGEMENT LLC,<br><br>                    *Defendants*. | Case No. 1:26-cv-02647-NRM-JRC<br><br>**DECLARATION OF**<br>**ELY EDDI** |

**ELY EDDI,** declares the following under penalty of perjury:

1.      I am the plaintiff in the above-captioned matter.

2.      I have personal knowledge and access to all relevant documents and records pertaining to the facts and issues herein. I have complete knowledge of the statements made herein, except for those which are made upon information and belief.

3.      I submit this declaration in support of the motion to dismiss the counterclaim for defamation per se (the "Counterclaim") of Defendants Elliot Antebi ("**Elliot**") and Rachel Antebi f/k/a Sutton ("**Rachel**," and together the "**Antebi Defendants**") pursuant to Rule 12 of the Federal Rules of Civil Procedure.

4.      Upon information and belief, the Counterclaim is based upon my September 17, 2024 email, which concerned this litigation and to which I attached the then-proposed Second Amended Complaint ("**Second Amended Complaint**") filed in the Southern District of New York prior to this action's transfer to the Eastern District of New York.

5.      While the Antebi Defendants included a copy of my September 17, 2024 email as an exhibit to their pleading, they did not attach the Second Amended Complaint.

6.      A true and correct copy of the Second Amended Complaint that was  attached to my September 17, 2024 email is annexed hereto as **Exhibit A**.


Dated: New York, New York
       June 22, 2026


_____
                Ely Eddi